IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OPEN ON SUNDAY LLC,

  Plaintiff,

v.

SAMUEL PRAKZREL MICHEL,

  Defendant.

CIVIL ACTION FILE

No. 1:22-CV-04167-SCJ

## SCHEDULING ORDER

The Court herein **ADOPTS** and **ENTERS** the Parties' Proposed Joint Preliminary Report and Discovery Plan, with the following qualification. Doc. No. [89].

- The Parties **must complete any and all discovery within 4-months** of the date of this Order. Within **30-days of the close of discovery**, the Parties must either file a motion for summary judgment, or in the case that no summary judgment motions are filed, a proposed pretrial order.

Given the length of time that this case has been pending already, **no discovery extensions will be granted** absent extraordinary circumstances.

IT IS SO ORDERED this \_\_\_11th\_\_\_ day of April, 2024.

_/s/ Steve C. Jones_
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE